UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 7A

| TYLT, INC. |
| |
| Plaintiff, |
| v. |
| UNITED STATES |
| |
| Defendant. |

Court No. 21-00579

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: January 5, 2023

/s/ Elon A. Pollack
Stein Shostak Shostak Pollack & O'Hara, LLP
Attorney for Plaintiff

865 S. Figueroa Street, Suite 1388
Street Address

Los Angeles, CA 90017
City, State and Zip Code
(213) 630-8888
e-mail: elon@steinshostak.com
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____     Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                              Clerk, U. S. Court of International Trade

                                              By: _____
                                                        Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)